**STATE of Missouri, Respondent,**

v.

**Michael A. HOWARD, Appellant.**

**No. WD 38225.**

Missouri Court of Appeals, Western District.

March 24, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1987.

Application to Transfer Denied June 16, 1987.

Katherine E. Ladesh, Asst. Public Defender, Liberty, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from conviction for robbery in the first degree, § 569.020, RSMo 1978, and armed criminal action, § 571.015, RSMo 1978, and sentencing as a prior offender to concurrent terms of twenty-eight years imprisonment on both counts.

Judgment affirmed. Rule 30.25(b).

**Patricia E. MARSHALL, Respondent-Cross-Appellant,**

v.

**John Randolph MARSHALL, Appellant-Cross-Respondent.**

**No. WD 38381.**

Missouri Court of Appeals, Western District.

March 24, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1987.

Application to Transfer Denied June 16, 1987.

John C. Reed, Jefferson City, for appellant-cross-respondent.

James W. Gallaher, Jefferson City, for respondent-cross-appellant.

Before CLARK, C.J., and KENNEDY and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from distribution of marital property and award of maintenance.

Judgment affirmed. Rule 84.16(b).